IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MARIO AND IRMA CANO, | § | CASE NO. 07-10054 |
| DEBTORS | § | |

## ORDER TO PAY FUNDS INTO THE REGISTRY OF THE COURT

Came on for consideration, Trustee's Motion to Pay Funds into the Registry of the Court, and the court, having considered the motion, is of the opinion that the Motion is well taken, it is therefore,

ORDERED that Michael B. Schmidt, Trustee is authorized to pay the funds in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court in the amount of $7,695.89.

Date:

_____
Hon. Richard Schmidt
U.S. Bankruptcy Judge